UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| KEITH STUART,                                )<br>      Plaintiff,        )<br>   -v-       )<br>LIFE INSURANCE COMPANY OF   )<br>NORTH AMERICA, CH2M HILL       )<br>LONG-TERM DISABILITY               )<br>COVERAGE PLAN,                         )<br>      Defendants.    )<br>_____ ) | C.A. NO.  6:16-CV-1246-MGL |

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

  a. Mediation Deadline:     December 9, 2016

  b. Joint Stipulation:      January 12, 2017

  c. Cross-Motions for Judgment:  January 12, 2017

  d. Replies to Cross-Motions
    for Judgment:       January 19, 2017

**IT IS SO ORDERED**.

                  s/Mary Geiger Lewis
                  Hon. Mary Geiger Lewis
                  United States District Judge

October 11, 2016
Columbia, South Carolina